```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 15073
    SHAUN M STEPHENS SR
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

             Debtor
    SSN XXX-XX-4910


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/20/2007 and was not confirmed.

    The case was dismissed without confirmation 10/31/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     4956.29            .00            .00
CENLAR FEDERAL SAVINGS B  CURRENT MORTG         .00            .00            .00
CENLAR FEDERAL SAVINGS B  MORTGAGE ARRE    17306.94            .00            .00
COOK COUNTY TREASURER     SECURED            850.00            .00            .00
OCWEN FEDERAL BANK        CURRENT MORTG         .00            .00            .00
OCWEN FEDERAL BANK        MORTGAGE ARRE    23000.00            .00            .00
STATE DISBURSEMENT UNIT   PRIORITY       NOT FILED             .00            .00
JAMILHA JOHNSON           NOTICE ONLY    NOT FILED             .00            .00
BALLYS TOTAL FITNESS ~    UNSEC W/INTER  NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     1429.47            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED             .00            .00
BASHONDA DAVIS            NOTICE ONLY    NOT FILED             .00            .00
BRENDA LEWIS              NOTICE ONLY    NOT FILED             .00            .00
AVELO MORTGAGE LLC        SECURED NOT I       .00              .00            .00
AVELO MORTGAGE LLC        SECURED NOT I       .00              .00            .00
NOONAN & LIEBERMAN        NOTICE ONLY    NOT FILED             .00            .00
JEFFREY D THAV            DEBTOR ATTY       1,560.00                          .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          --------------      --------------
TOTALS                         .00                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 15073 SHAUN M STEPHENS SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |